PER CURIAM.

(No. 7062—Claimant )

BURTON E. BAGBY, M.D., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed August 2, 1973.*

DR. BURTON E. BAGBY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.